**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6216**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

KAWONE KAREEM WALKER, a/k/a Fish,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CR-96-53, CA-99-485-7)

─────────────

Submitted:  June 12, 2001              Decided:  June 25, 2001

─────────────

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Kawone Kareem Walker, Appellant Pro Se.  Ray B. Fitzgerald, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia,
for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kawone Kareem Walker seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Walker, Nos. CR-96-53; CA-99-485-7 (W.D. Va. Oct. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED